IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| **JARIDCOBY BOHANNON,** | : |
| Petitioner, | : |
| v. | : No. 4:21-cv-00025-CDL-MSH |
| **Sheriff GREG COUNTRYMAN,** | : |
| Respondent. | : |

## ORDER

Petitioner Jaridcoby Bohannon filed a petition for a writ of habeas corpus. Pet. for Writ of Habeas Corpus, ECF No. 1. Although Petitioner filed his petition on a 28 U.S.C. § 2241 form, it appeared that he was challenging a state court conviction, which would mean that his petition fell under 28 U.S.C. § 2254. Accordingly, Petitioner was previously ordered to complete and return a § 2254 form. Order, ECF No. 3. Petitioner was further ordered to either pay the $5.00 filing fee or move for leave to proceed in this action *in forma pauperis*. *Id.* Petitioner was given twenty-one days to comply with that order and was cautioned that his failure to do so could result in the dismissal of this action. *Id.*

More than twenty-one days passed, and Petitioner did not comply with, or otherwise respond to, that order. Therefore, Petitioner was ordered to show cause why this case should not be dismissed based on Petitioner's failure to recast his petition and either pay the $5.00 filing fee or move for leave to proceed *in forma pauperis*. Order to Show Cause, ECF No. 4. Petitioner was again given twenty-one days to respond and was cautioned that

his failure to fully and timely respond would result in the dismissal of this action. *Id.*

More than twenty-one days have now passed since the order to show cause was entered, and Petitioner has not responded to that order. Moreover, mail sent to Petitioner at the Muscogee County Jail – the only address on file for Petitioner – has been returned to this Court as undeliverable. Mail Returned, ECF Nos. 5 & 6. Petitioner's failure to keep the Court apprised of his current address constitutes a failure to prosecute this action, and insofar as this Court has no information as to Petitioner's current whereabouts, this case cannot proceed.

Thus, because Petitioner has failed to respond to the Court's orders or otherwise prosecute this case, his petition is now **DISMISSED WITHOUT PREJUDICE**. See Fed. R. Civ. P. 41(b); *Brown v Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this 10th day of May, 2021.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA